UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ALFREDO CASTANAZA-ORTEGA,<br><br>Defendant. | No. 1:19cr191 NONE-SKO<br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The parties previously agreed to set this matter for a status conference before the magistrate court on April 20, 2020.

2. In light of the difficulties presented by the COVID-19 virus in terms of case resolution and investigation, the parties agree to continue this matter to July 20, 2020, at 1 p.m., the status conference previously set for the co-defendants.

3. The parties further agree and stipulate, and request that the Court find the following:

    a. The parties need additional time to assess a potential disposition of the case and/or conduct additional investigation and/or prepare for trial.

      b.     The parties believe that failure to grant the above-requested continuance would deny the defendant the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence, and would deny the government continuity of counsel.

      c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 20, 2020, to July 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

DATED:    April 14, 2020.    Respectfully submitted,

    McGREGOR W. SCOTT
    United States Attorney

    /s/ Karen A. Escobar_____
    KAREN A. ESCOBAR
    Assistant United States Attorney

DATED:    April 14, 2020.

    /s/ Virna L. Santos
    VIRNA L. SANTOS
    Counsel for Oscar Alfredo Castanaza-Ortega

**O R D E R**

IT IS SO ORDERED.

Dated: __**April 14, 2020**__                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE