VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for OSCAR CASTANAZA ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 1-19-CR-191 JLT-SKO MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |
|---|---|
| Plaintiff, | |
| OSCAR CASTANAZA ORTEGA, | |
| Defendant. | |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves

for an order allowing her to withdraw as counsel of record and for the appointment of new

counsel to represent OSCAR CASTANAZA ORTEGA.  As grounds she states:

1.  Virna L. Santos was appointed to represent defendant on August 30, 2019.

2.  At the time of appointment, the undersigned was a member of the Criminal

    Justice Act Panel for the Eastern District of California.

3.  Undersigned counsel has accepted a judicial appointment to the Fresno County

    Superior Court, and consequently, must close her private practice.

4.  Defendant Oscar Castanaza Ortega is still in need of counsel.  The Federal Public

    Defender has contacted attorney Alekxia L. Torres Stallings, who is available to

    assume representation.

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL - 1

5.  Accordingly, undersigned counsel requests that she be permitted to withdraw and

that new counsel, Alekxia L. Torres Stallings (lextorres@lawtorres.com), be

appointed.  Undersigned counsel requests that she be removed from the service

list.

DATED: May 16, 2022                    /s/ Virna L. Santos
                                       VIRNA L. SANTOS
                                       Attorney for Defendant
                                       OSCAR CASTANAZA ORTEGA

**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and

her name should be removed from the service list.  Attorney Alekxia L. Torres Stallings is

hereby appointed as counsel.

IT IS SO ORDERED.

Dated:  _____
        UNITED STATES DISTRICT JUDGE

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL - 2