PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR ALFREDO CASTNAZA-ORTEGA,<br><br>Defendant. | CASE NO. 1:19-CR-00191-JLT-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 28, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 28, 2022.

2. By this stipulation, defendants now move to continue the sentencing hearing until November 18, 2022.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for the government is unavailable on October 28, 2022.

    b) Counsel for defendant is newly appointed and desires additional time to review discovery and prepare for sentencing.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

IT IS SO STIPULATED.

| Dated:  September 13, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |

| Dated:  September 13, 2022 | /s/ Alekxia L. Torres-Stalling<br>ALEKXIA L. TORRES-STALLING<br>Counsel for Defendant<br>OSCAR ALFREDO CASTANAZA-ORTEGA |
|---|---|

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **September 14, 2022**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2