**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**Oscar Alfredo Castanaza Ortega**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Oscar Alfredo Castanaza Ortega**,<br><br>Defendants. | Case No. 1:19-cr-00191-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, OSCAR ALFREDO CASTANAZA ORTEGA, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, November 18, 2022, be continued to Friday, December 2, 2022. Defense counsel will be out of the country and therefore unavailable. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the matter.

1

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: October 24, 2022

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Attorney for Defendant
Oscar Alfredo Castanaza Ortega

DATED: October 24, 2022

*/s/ Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: **October 26, 2022**

UNITED STATES DISTRICT JUDGE

# **ORDER**

IT IS SO ORDER that the sentencing currently set for Friday, November 18, 2022, be continued to Friday, December 2, 2022.

Dated: _____
                                                        HONORABLE JENNIFER L. THURSTON