**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
**Oscar Alfredo Castanaza-Ortega**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-CR-00191-JLT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |
| **Oscar Alfredo Castanaza-Ortega**, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JENNIFER L. THURSTON AND KAREN ESCOBAR ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Oscar Alfredo Castanaza-Ortega, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Friday, December 2, 2022, be continued to Friday, December 16, 2022.  Defense counsel was in an extended state trial and then on leave until November 28, 2022 and will need more time to prepare a sentencing memorandum. I have spoken to AUSA Karen Escobar, and she has no objection to continuing the matter.

1

**IT IS SO STIPULATED.**

                                           Respectfully Submitted,

DATED: November 29, 2022           */s/ **Alekxia Torres Stallings***
                                                     ALEKXIA TORRES STALLINGS
                                                     Attorney for Defendant
                                                     Oscar Alfredo Castanaza-Ortega

DATED: November 29, 2022           */s/ **Karen Escobar***
                                                     KAREN ESCOBAR
                                                     Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Friday, December 2, 2022, be continued to Friday, December 16, 2022.

IT IS SO ORDERED.

Dated: __November 29, 2022__              _____
UNITED STATES DISTRICT JUDGE