**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0915 (fax)
Email: lextorres@lawtorres.com

Attorney for Oscar Alfredo Castanaza-Ortega

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> **Oscar Alfredo Castanaza-Ortega**, <br> Defendant. | No. 1:19-cr-00191-1 JLT <br><br> **MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

     On September 5, 2019, Oscar Alfredo Castanaza-Ortega was indicted on federal charges. Alekxia Torres Stallings was appointed as trial counsel to represent Mr. Castanaza-Ortega on 1:19-cr-00191-1 JLT in his criminal case. Mr. Castanaza-Ortega was sentenced pursuant to a plea agreement on December 16, 2022. The time for filing a direct appeal was January 5, 2023. No direct appeal was filed. Mr. Castanaza-Ortega was in custody at sentencing. Having completed her representation of Mr. Castanaza-Ortega, Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

/

//

1  ///

2      Should Mr. Castanaza-Ortega require further legal assistance he has been advised to
3  contact the Office of the Federal Defender for the Eastern District of California by mail at 2300
4  Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-
5  4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist
6  him/her.

8   Dated: July 18, 2023                    Respectfully submitted,

10                                          /s/*Alexxia Torres Stallings*
11                                          Alexxia Torres Stallings
                                            Attorney for Oscar Alfredo Castanaza-Ortega

# ORDER

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which she was appointed, the Court hereby grants attorney Alekxia Torres Stallings request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Oscar Alfredo Castanaza-Ortega at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Oscar Alfredo Castanaza-Ortega
Register Number: 78399-097
FCI FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
JOINT BASE MDL, NJ  08640

IT IS SO ORDERED.

Dated:   **December 12, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE